July 5, 2011

**Hon. Arthur D. Spatt**
United States District Judge
P.O. Box 9014
Central Islip, New York 117220-9014

Re: Judge Rotenberg Center Inc., v Blass
     CV 10 3628 (ADS)(ARL)

**Dear Judge Spatt**:

     On August 9, 2010, Plaintiff filed the above referenced contract action.  After extensive motion practice, this Court rendered its decision on May 4, 2011 denying Defendant's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) with prejudice on the issue of the notice of claim and without prejudice on the issue of the sufficiency of the Plaintiff's allegations.

     Since the Court's decision, I have had several conversations with defense counsel in an attempt to resolve the matter, however, it appears that we are at an impasse.  I believe that with the Court's guidance, a just resolution is possible without prolonged litigation  I am, therefore, requesting a conference with the Court and defense counsel.

                                               **Respectfully,**

                                               **Jocelyne S. Kristal JK2304**
                                               Attorney for Plaintiff

Drew W. Schirmer, Esq.
Attorney for Suffolk County

Case 2:10-cv-03628-ADS -ARL   Document 48   Filed 07/05/11   Page 2 of 2