# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

June 17, 2015

Hon. Pamela K. Chen
Eastern District of New York
Brooklyn Federal Courthouse
Brooklyn, New York 11230

<u>*Via Electronic & First Class Mail*</u>

Re: *The Judge Rotenberg Educational Center v. Blass et al.*
<u>Docket No. 10-CV-3628 (PKC)</u>

Dear Judge Chen:

As the Court is aware, this office represents defendants.

We respectfully write the Court seeking leave pursuant to Your Honor's individual rules of motion practice to file an enlarged brief in opposition to both plaintiff's motion for attorney's fees and for pre-judgment interest under state law, above and beyond the 25 page limitation. More specifically, defendants request that they be permitted to file a brief of no more than 35 pages in length.

Plaintiff has taken no position with reference to this application.

Thank you for your kind consideration of this request.

Respectfully submitted,

Dennis M. Brown
County Attorney

By: Rudolph M. Baptiste
Assistant County Attorney

RMB

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099

(631) 853-4049
FAX (631) 853-5169